1   ANN MILLER RAVEL, County Counsel (S.B. #62139)
    MICHAEL L. ROSSI, Deputy County Counsel (S.B.#184997)
2   OFFICE OF THE COUNTY COUNSEL
    70 West Hedding Street, East Wing, Ninth Floor
3   San Jose, California 95110-1770
    Telephone: (408) 299-5900
4

5   Attorneys for Defendants
    COUNTY OF SANTA CLARA and
6   EDWARD FLORES

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                                              *E-FILED - 3/9/06*

11  MAI THI VU,                         )   No.  C-05-2605 RMW
                                        )
12          Plaintiff,                  )    **ORDER GRANTING**
                                        )    **MOTION TO EXTEND DEADLINE FOR**
13      v.                              )    **EARLY NEUTRAL EVALUATION**
                                        )    **(Fed. ADR Local Civ. R. 5-5, Local Civ. R. 7)**
14  GILLMORE CLARK, LAURIE SMITH,       )
    SHERIFF FOR SANTA CLARA             )
15  COUNTY, SANTA CLARA COUNTY,         )
    AND DOES 1-50,                      )
16                                      )
            Defendants.                 )
17  _____  )

18          **GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that Motion to Extend

19  Deadline for Early Neutral Evaluation is granted.  The Early Neutral Evaluation in this matter

20  shall be held no later than April 13, 2006.

21

22  Dated:   3/9/06                          /s/ Ronald M. Whyte
                                         _____
23                                       HONORABLE RONALD M. WHYTE
                                         United States District Court Judge
24

25

26

27

28  34822.wpd

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

[Proposed] Order Granting
Motion to Extend Deadline                1                    C-05-02605 RMW