1  ANN MILLER RAVEL, County Counsel (S.B. #62139)
   MICHAEL L. ROSSI, Deputy County Counsel (S.B.#184997)
2  OFFICE OF THE COUNTY COUNSEL
   70 West Hedding Street, East Wing, Ninth Floor
3  San Jose, California 95110-1770
   Telephone: (408) 299-5900
4

5  Attorneys for Defendants
   COUNTY OF SANTA CLARA and
6  EDWARD FLORES

7

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 4/14/06*

| | |
|---|---|
| MAI THI VU, | No. C-05-2605 RMW |
| Plaintiff, | **ORDER GRANTING MOTION TO EXTEND DEADLINE FOR EARLY NEUTRAL EVALUATION** |
| v. | **(Fed. ADR Local Civ. R. 5-5, Local Civ. R. 7)** |
| GILLMORE CLARK, LAURIE SMITH, SHERIFF FOR SANTA CLARA COUNTY, SANTA CLARA COUNTY, AND DOES 1-50, | |
| Defendants. | |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that Motion to Extend Deadline for Early Neutral Evaluation is granted. The Early Neutral Evaluation in this matter shall be held no later than May 18, 2006.

Dated:  4/14/06

/S/ RONALD M. WHYTE
HONORABLE RONALD M. WHYTE
United States District Court Judge

38153.wpd

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

[Proposed] Order Granting Motion to
Extend Deadline for Early Neutral Evaluation       1                              C-05-02605 RMW