RANDOLPH DAAR, CSB # 88195
Pier 5 Law Offices
506 Broadway
San Francisco, CA 94133
Tel: (415) 986-5591
Fax: (415) 421-1331

MATTHEW KUMIN, CSB # 177561
LAW OFFICES OF MATTHEW KUMIN
870 Market Street, Suite 1128
San Francisco, CA 94102
Tel: 415-434-8454
Fax: 415-434-8453

Attorneys for Plaintiff
MAI THI VU

ANN MILLER RAVEL, CSB 62139
County Counsel
MICHAEL ROSSI, CSB 184997
Deputy County Counsel
OFFICE OF THE COUNTY COUNSEL
70 West Hedding St., East Wing, 9th Floor
San Jose, CA 95110

Attorneys for Defendants
COUNTY OF SANTA CLARA and
CHIEF EDWARD FLORES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 5/24/06*

SAN JOSE DIVISION

| | |
|---|---|
| MAI THI VU | ) Case No. C 05 -02605 RMW |
| | ) |
| Plaintiff, | ) **STIPULATION AND ORDER TO** |
| v. | ) **REMOVE CASE FROM ENE CALENDAR** |
| | ) **AND SET MEDIATION FOR 120 DAYS** |
| GILLMORE CLARK, COUNTY OF SANTA | ) |
| CLARA, ED FLORES, DOES 1-50. | ) |
| | ) |
| Defendants. | ) |
| | ) |

1

VU v CLARK ET AL.
STIPULATION AND ORDER TO TAKE MATTER OFF ENE CALENDAR AND SET MEDIATION DATE
NO. C -05 – 02605 RMW

## BACKGROUND

The parties agree that an ENE will not move the parties closer to an informal resolution of this matter and respectfully request that this Court take this matter off the ENE calendar and set a date for mediation in four months. No purpose will be served by requiring the parties to attend an ENE. Defendants obtained two court-ordered enlargements of time to complete the ENE. Plaintiff initiated the latest cancellation to obtain key documents from the Department of Corrections' investigation into plaintiff's allegations of sexual assault by Defendant CLARK. The ADR office of this Court has been notified of the situation.

The parties have agreed to meet and confer regarding outstanding document requests and if necessary, will appear before this Court for a status update, though neither party believes that will be the best use of their time or this Court's time.

For the foregoing reasons, and for good cause shown, the parties mutually request that this matter be taken off the ENE calendar and be set for mediation in four months.

DATED: 5/16/2006

THE LAW OFFICES OF RANDOLPH DAAR
THE LAW OFFICES OF MATTHEW KUMIN P.C.

*/s/ Matthew Kumin*

MATTHEW KUMIN
Attorney for Plaintiff, MAI THI VU


ANN MILLER RAVEL, COUNTY COUNSEL
MICHAEL ROSSI, DEPUTY COUNTY COUNSEL

*/s/ Michael Rossi*

MICHAEL ROSSI
Attorneys for Defendant, SANTA CLARA COUNTY AND ED FLORES

2

VU v CLARK ET AL.
STIPULATION AND ORDER TO TAKE MATTER OFF ENE CALENDAR AND SET MEDIATION DATE
NO. C-05-02605 RMW

ORDER

Good cause having been shown, this matter is hereby removed from the ENE calendar. The parties will mediate this matter by September 18, 2006.   No further extensions.

IT IS SO ORDERED.

DATED:  5/24/06

/s/ Ronald M. Whyte
RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE