JESSE F. RUIZ (SBN 77984)
ROBINSON & WOOD, INC.
227 North First Street
San Jose, CA 95113
Telephone: (408) 298-7120
Facsimile: (408) 298-0477

*E-filed 6/21/06*

Attorneys for Defendant LEONARD CLARK
erroneously sued herein as GILLMORE CLARK

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MAI THI VU,<br><br>    Plaintiff,<br><br>vs.<br><br>GILLMORE CLARK, ED FLORES, DIRECTOR OF CORRECTION FOR SANTA CLARA COUNTY, SANTA CLARA COUNTY, AND DOES 1-50,<br><br>    Defendants. | Case No.  C 05 2605 RMW<br><br>[PROPOSED] STIPULATED ORDER GRANTING LEAVE TO DEPOSE MAI THI VU<br><br>Date:  July 14, 2006<br>Time:  9:00 a.m.<br>Judge:  Hon. Ronald M. Whyte<br>Dept:  Courtroom #6 |

Consistent with the stipulation set forth below, and pursuant Federal Rule of Civil Procedure, Rule 30(a),

**IT IS ORDERED** that defendant Leonard Clark, erroneously sued as Gillmore Clark, be, and is hereby granted leave to take the deposition of Mai Thi Vu, a prisoner within the custody of the Valley State Prison for Women, Chowchilla, California on July 17, 2006.

1

[PROPOSED] STIPULATED ORDER GRANTING LEAVE TO DEPOSE MAI THI VU
Case No.  C 05 2605 RMW

Robinson & Wood, Inc.
227 North First Street
San Jose, CA  95113
(408) 298-7120

1    **IT IS FURTHER ORDERED** that Valley State Prison for Women, Chowchilla,
2  California, be, and is hereby, directed to produce Mai Thi Vu, a prisoner, at the warden's
3  office or elsewhere within the Valley State Prison for Women on July 17, 2006, at 10:00
4  a.m. At such time, the prisoner shall be examined orally by Jesse F. Ruiz, attorney for
5  Leonard Clark, erroneously sued as Gillmore Clark, before a court reporter, as an adverse
6  party in the matter of *Mai Thi Vu v. Gillmore Clark, et. al.*, Case No. C 05 2605 RMW.
7    **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

8  Date: 6/21/06                    /s/ Howard R. Lloyd
9                       Magistrate Judge for the United States District Court
                                    for the Northern District of California

11  I stipulate to the entry of the above order.

15  _____
    Attorney for Plaintiff, MAI THI VU
16  Dated: _____

18  [signature]
19  Attorney for Defendant, LEONARD CLARK,
    erroneously sued as Gillmore Clark.
20  Dated: 6-13-06

23  [signature]
24  Attorney for Defendants, ~~SHERIFF LAURIE~~
    ~~SMITH~~, SANTA CLARA COUNTY, and EDWARD FLORES.
25  Dated: 6-9-06

Robinson & Wood, Inc.
227 North First Street
San Jose, CA 95113
(408) 298-7120

2
[~~PROPOSED~~] STIPULATED ORDER GRANTING LEAVE TO DEPOSE MAI THI VU
Case No. C 05 2605 RMW

IT IS FURTHER ORDERED that Valley State Prison for Women, Chowchilla, California, be, and is hereby, directed to produce Mai Thi Vu, a prisoner, at the warden's office or elsewhere within the Valley State Prison for Women on July 17, 2006, at 10:00 a.m. At such time, the prisoner shall be examined orally by Jesse F. Ruiz, attorney for Leonard Clark, erroneously sued as Gillmore Clark, before a court reporter, as an adverse party in the matter of *Mai Thi Vu v. Gillmore Clark, et. al.*, Case No. C 05 2605 RMW.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: _____

                                             Judge for the United States District Court
                                             for the Northern District of California

I stipulate to the entry of the above order.

_____
Attorney for Plaintiff, MAI THI VU
Dated: 6-8-06

_____
Attorney for Defendant, LEONARD CLARK,
erroneously sued as Gillmore Clark.
Dated: _____

_____
Attorney for Defendants, SHERIFF LAURIE
SMITH, SANTA CLARA COUNTY, and EDWARD FLORES.
Dated: _____

Robinson & Wood, Inc.
217 North First Street
San Jose, CA 95113
(408) 298-7120