ANN MILLER RAVEL, County Counsel (S.B. #62139)
GREGORY J. SEBASTINELLI, Lead Deputy County Counsel (S.B. #104884)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding, East Wing, 9th Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendants
COUNTY OF SANTA CLARA
AND EDWARD FLORES

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 8/30/06*

| | |
|---|---|
| MAI THI VU,<br><br>　　　　Plaintiff,<br><br>v.<br><br>GILLMORE CLARK, LAURIE SMITH, SHERIFF FOR SANTA CLARA COUNTY, SANTA CLARA COUNTY, AND DOES 1-50<br><br>　　　　Defendants. | No.　C05-2605 RMW<br><br>STIPULATION AND [~~PROPOSED~~] ORDER VACATING TRIAL DATE AND SCHEDULING FURTHER CASE MANAGEMENT CONFERENCE<br><br>[FED. CIVIL L.R. 6-1(b), 6-2, AND/OR 7-11] |

　　　The parties, by and through their respective counsel of record, hereby stipulate and agree to a court order vacating the trial date of October 23, 2006, and all related pre-trial due dates, and scheduling a further Case Management Conference to be held in October 2006, at which time the court will schedule a later trial date. The reason(s) for this stipulation and request for court order is set forth with particularly in the accompanying Affidavit of Gregory J. Sebastinelli in Support of this Stipulation and [Proposed] Order. This stipulated request is being made well in advance of any scheduled court hearing, proceeding, or pre-trial deadline, and will not prejudice any party. In fact, the granting of this stipulated request will allow all

//

//

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stipulation and [~~Proposed~~ Order] Vacating
Trial Date and Scheduling Further CMC　　　　1　　　　C05-2605 RMW

1  parties to resolve outstanding discovery issues and complete discovery in time to meaningfully
2  participate in alternative dispute resolution and, if necessary, trial.
3     IT IS SO STIPULATED.

|   |   |   |
|---|---|---|
|   |   | LAW OFFICES OF MATTHEW KUMIN |
| 6 | Dated: July 27, 2006 | By: _____<br>MATTHEW KUMIN, ESQ. |
|   |   | Attorney for Plaintiff<br>MAI THI VU |
|   |   | PIER 5 LAW OFFICES |
| 12 | Dated: July ___, 2006 | By: _____<br>RANDOLPH DAAR, ESQ. |
|   |   | Attorney for Plaintiff<br>MAI THI VU |
|   |   | ROBINSON & WOOD, INC. |
| 18 | Dated: July ___, 2006 | By: _____<br>JESSE F. RUIZ, ESQ. |
|   |   | Attorney for Defendant<br>LEONARD CLARK erroneously sued<br>herein as GILLMORE CLARK |
|   |   | ANN MILLER RAVEL<br>County Counsel |
| 24 | Dated: July ___, 2006 | By: _____<br>GREGORY J. SEBASTINELLI<br>Lead Deputy County Counsel |
|   |   | Attorney for Defendants<br>COUNTY OF SANTA CLARA and<br>EDWARD FLORES |

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stipulation and [Proposed Order] Vacating
Trial Date and Scheduling Further CMC          2          C05-2605 RMW

parties to resolve outstanding discovery issues and complete discovery in time to meaningfully participate in alternative dispute resolution and, if necessary, trial.

IT IS SO STIPULATED.

LAW OFFICES OF MATTHEW KUMIN

Dated: July ___, 2006          By: _____
                                    MATTHEW KUMIN, ESQ.

                                    Attorney for Plaintiff
                                    MAI THI VU


PIERS LAW OFFICES

Dated: July 27, 2006           By: _____
                                    RANDOLPH DAAR, ESQ.

                                    Attorney for Plaintiff
                                    MAI THI VU


ROBINSON & WOOD, INC.

Dated: July ___, 2006          By: _____
                                    JESSE F. RUIZ, ESQ.

                                    Attorney for Defendant
                                    LEONARD CLARK erroneously sued
                                    herein as GILLMORE CLARK


ANN MILLER RAVEL
County Counsel

Dated: July ___, 2006          By: _____
                                    GREGORY J. SEBASTINELLI
                                    Lead Deputy County Counsel

                                    Attorney for Defendants
                                    COUNTY OF SANTA CLARA and
                                    EDWARD FLORES



Stipulation and [Proposed Order] Vacating
Trial Date and Scheduling Further CMC          2              C05-2605 RMW

1  parties to resolve outstanding discovery issues and complete discovery in time to meaningfully
2  participate in alternative dispute resolution and, if necessary, trial.
3      IT IS SO STIPULATED.
4                                       LAW OFFICES OF MATTHEW KUMIN
5
6  Dated: July ___, 2006        By: _____
7                                       MATTHEW KUMIN, ESQ.
                                     Attorney for Plaintiff
8                                       MAI THI VU
9
10                                      PIER 5 LAW OFFICES
11
12 Dated: July ___, 2006        By: _____
13                                      RANDOLPH DAAR, ESQ.
                                     Attorney for Plaintiff
14                                      MAI THI VU
15
16                                      ROBINSON & WOOD, INC.
17
18 Dated: July 27, 2006        By: _____
                                     JESSE F. RUIZ, ESQ.
19
20                                      Attorney for Defendant
                                     LEONARD CLARK erroneously sued
21                                      herein as GILLMORE CLARK
22                                      ANN MILLER RAVEL
                                     County Counsel
23
24 Dated: July ___, 2006        By: _____
                                     GREGORY J. SEBASTINELLI
25                                      Lead Deputy County Counsel
26                                      Attorney for Defendants
                                     COUNTY OF SANTA CLARA and
27                                      EDWARD FLORES
28

parties to resolve outstanding discovery issues and complete discovery in time to meaningfully participate in alternative dispute resolution and, if necessary, trial.

IT IS SO STIPULATED.

LAW OFFICES OF MATTHEW KUMIN

Dated: July ___, 2006         By: _____
                                   MATTHEW KUMIN, ESQ.

                                   Attorney for Plaintiff
                                   MAI THI VU


PIER 5 LAW OFFICES

Dated: July ___, 2006         By: _____
                                   RANDOLPH DAAR, ESQ.

                                   Attorney for Plaintiff
                                   MAI THI VU


ROBINSON & WOOD, INC.

Dated: July ___, 2006         By: _____
                                   JESSE F. RUIZ, ESQ.

                                   Attorney for Defendant
                                   LEONARD CLARK erroneously sued
                                   herein as GILLMORE CLARK


ANN MILLER RAVEL
County Counsel

Dated: July 28, 2006          By: _____
                                   GREGORY J. SEBASTINELLI
                                   Lead Deputy County Counsel

                                   Attorney for Defendants
                                   COUNTY OF SANTA CLARA and
                                   EDWARD FLORES

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stipulation and [Proposed Order] Vacating
Trial Date and Scheduling Further CMC                2                C05-2605 RMW

1  PURSUANT TO STIPULATION, IT IS SO ORDERED that the October 23, 2006 trial
2  date, and all related pre-trial due dates, are vacated and that a further Case Management
3  Conference is scheduled for October  20 , 2006, at  10:30 a.m. in Courtroom No.  6  .
4
5  Dated:   8/30/06                                         /S/ RONALD M. WHYTE
                                                            HONORABLE RONALD M. WHYTE
6                                                           Judge of the United States District Court
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28  47735.wpd

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stipulation and [Proposed Order] Vacating
Trial Date and Scheduling Further CMC            3                           C05-2605 RMW