```
ANN MILLER RAVEL, County Counsel (S.B. #62139)
GREGORY J. SEBASTINELLI, Lead Deputy County Counsel (S.B. #104884)
MELISSA R. KINIYALOCTS, Deputy County Counsel (S.B. #215814)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding, East Wing, 9th Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendants
COUNTY OF SANTA CLARA
and EDWARD FLORES
```

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 3/30/07*

| | |
|---|---|
| MAI THI VU,<br><br>    Plaintiff,<br><br>v.<br><br>GILLMORE CLARK, LAURIE SMITH, SHERIFF FOR SANTA CLARA COUNTY, SANTA CLARA COUNTY, AND DOES 1-50<br><br>    Defendants. | No. C05-2605 RMW<br><br>**STIPULATION AND ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

The parties, by and through their respective counsel of record, hereby stipulate and agree to an order dismissing this entire action with prejudice as to all named defendants including, but not limited to, Defendants County of Santa Clara, Edward Flores, and Leonard Clark, erroneously sued herein as Gillmore Clark. Each side shall bear their own attorneys' fees and costs of the suit.

IT IS SO STIPULATED:

Dated: February 28, 2007    By: /s/ Matthew Kumin
                                           MATTHEW KUMIN, Esq.

                                           Attorney for Plaintiff
                                           MAI THI VU

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stipulation and Order Dismissing
Entire Action with Prejudice                    1                    C05-2605 RMW

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: February 28, 2007 | By: /s/ Randolph Daar |
| 3 | | RANDOLPH DAAR, Esq. |
| 4 | | Attorney for Plaintiff<br>MAI THI VU |
| 5 | | |
| 6 | | |
| 7 | Dated: February ___, 2007 | By: _____ |
| 8 | | GREGORY J. SEBASTINELLI |
| 9 | | Attorney for Defendants<br>COUNTY OF SANTA CLARA and<br>EDWARD FLORES |
| 10 | | |
| 11 | | |
| 12 | Dated: February ___, 2007 | By: _____ |
| 13 | | JESSE F. RUIZ |
| 14 | | Attorney for Defendant<br>LEONARD CLARK |
| 15 | | |
| 16 | IT IS SO ORDERED: | |
| 17 | | |
| 18 | Dated _____ | |
| 19 | | RONALD M. WHYTE<br>United States District Judge |

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

68447.wpd

Stipulation and Order Dismissing
Entire Action with Prejudice                2                    C05-2605 RMW

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: February ____, 2007 | By: _____ |
| 3 | | RANDOLPH DAAR, Esq. |
| 4 | | Attorney for Plaintiff<br>MAI THI VU |
| 5 | | |
| 6 | | |
| 7 | Dated: February 26, 2007 | By: _____ |
| 8 | | GREGORY J. SEBASTINELLI |
| 9 | | Attorney for Defendants<br>COUNTY OF SANTA CLARA and<br>EDWARD FLORES |
| 10 | | |
| 11 | | |
| 12 | Dated: February 16, 2007 | By: _____ |
| 13 | | JESSE F. RUIZ |
| 14 | | Attorney for Defendant<br>LEONARD CLARK |
| 15 | | |
| 16 | IT IS SO ORDERED: | |
| 17 | | |
| 18 | Dated 3/30/07 | _____<br>RONALD M. WHYTE |
| 19 | | United States District Judge |

68447.wpd

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stipulation and Order Dismissing
Entire Action with Prejudice                      2                         C05-2605 RMW